■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH PARKER, Appellant. [667 NYS2d 267] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered March 29, 1996, convicting him of criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, without a hearing (Starkey, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The court properly denied, without a hearing, that branch of the defendant's omnibus motion which was to suppress physical evidence. The defendant had failed to make sufficient factual allegations of standing to contest the search (*see, People v Mendoza*, 82 NY2d 415) and thereby lost his right to object to the search of the bag which was found to contain 30 vials of crack cocaine (*see,* CPL 710.40 [4]; *cf., People v Martinez*, 80 NY2d 444, 449).

We find that the charge, as a whole, did not undermine the defense or place the defendant "in the midst of contradictory defenses" (*People v DeGina*, 72 NY2d 768, 777).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Rosenblatt, Copertino and Luciano, JJ., concur.